IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MARVIN SCOTT II and LASANDRA SCOTT, as the Personal Representative of the Estate of MARVIN SCOTT III,<br><br>*Plaintiffs,*<br><br>VS.<br><br>COLLIN COUNTY TEXAS, and SOUTHWEST CORRECTIONAL MEDICAL GROUP INC., and WELLPATH LLC, and DETENTION OFFICER ALEC DIFFATA, and DETENTION SERGEANT JUSTIN PATRICK, and DETENTION SERGEANT AUSTIN WONG, and DETENTION OFFICER ANDREAS CARDENAS, and DETENTION LIEUTENANT CHRISTOPHER WINDSOR, and DETENTION OFFICER JAMES SCHOELEN, and DETENTION CAPTAIN BLAISE MIKULEWICSZ,<br><br>*Defendants.* | CIVIL ACTION NO. 1:23-CV-00101<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiffs' Stipulation of Dismissal. [Dkt. 35]. The Plaintiffs are seeking a dismissal with prejudice as to their claims against all Defendants in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 27th day of July, 2023.**

_____
Michael J. Truncale
United States District Judge